**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Amy S.,[1]                                                      Civ. No. 25-1026 (JWB/LIB)

                    Plaintiff,

v.                                                             **ORDER ACCEPTING**
                                                      **REPORT AND RECOMMENDATION**
Frank Bisignano, *Commissioner*                          **OF MAGISTRATE JUDGE**
*of Social Security*,

                    Defendant.

United States Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") in this matter on January 30, 2026. (Doc. No. 22.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

**ORDER**

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1.     The January 30, 2026 Report and Recommendation (Doc. No. 22) is **ACCEPTED**;

2.     Plaintiff Amy S.'s request for relief (Doc. Nos. 12, 19) is **GRANTED**;

3.     Defendant's request for relief (Doc. No. 18) is **DENIED**; and

---

[1]     The District of Minnesota has adopted a policy of using only the first name and last initial of nongovernmental parties in Social Security cases.

4. The above captioned matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Report and Recommendation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 18, 2026

_s/ Jerry W. Blackwell_
JERRY W. BLACKWELL
United States District Judge